SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
     DAVID COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 95-01-4 MHP |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE HEARING |
| DAVID COOPER | ) | ON SUPERVISED RELEASE |
| MARCEL SYLVESTER, | ) | VIOLATION |
| | ) | |
| Defendant. | ) | |

   This Court has previously set a hearing on defendant's pending Supervised Release

violation for November 8, 2011 at 2:30 p.m.  The Supervised Release Violation is based on two

allegations: 1) he married a woman with a prior criminal record and 2) that he was driving in July

2011 with a suspended license.

   Defense counsel understands that Mr. Cooper has outstanding traffic tickets in five

jurisdictions and those tickets must be cleared before he can obtain a valid driver's license.  At

least one of those jurisdictions is in Southern California.

   Counsel for the government and defendant STIPULATE to continue the Status Hearing to

January 10, 2012 at 2:30 p.m.  United States Probation Officer Russo has been notified of this

proposed change of court dates and has no objection to this Stipulation.

IT IS SO STIPULATED.

1

2   DATED: November 4, 2011                         /s/
                                              Brigid Martin
3                                             Assistant United States Attorney

4

5   DATED: November 4, 2011                         /s/
                                              Scott A. Sugarman
6                                             Attorney for David Cooper

7   SO ORDERED.

8   DATE: 11 - 7 - 11

9
                                              RICHARD SEEBORG
10                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
No. CR 95-0104 MHP